UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. HOLLAND, | ) | Case No. CV 10-8129 AG(JC) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LEROY D. BACA, et al., | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the First Amended Complaint is granted, the First Amended Complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: September 30, 2011

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE